UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHAREE MILLER #326122,

    Plaintiff,

v.

SHAWN BREWER, ROBIN HOWARD, and RENATA PATTON,

    Defendants.

No. 2:15-cv-14164

HON. SEAN F. COX

MAG. STEPHANIE DAWKINS DAVIS

AMERICAN CIVIL LIBERTIES UNION
FUND OF MICHIGAN
Daniel S. Korobkin (P72842)
Michael J. Steinberg (P43085)
Attorneys for Plaintiff
2966 Woodward Avenue
Detroit MI 48201
(313) 578-6824

DICKINSON WRIGHT PLLC
Daniel D. Quick (P48109)
Kathleen A. Cieslik (P80024)
Attorneys for Plaintiff
2600 West Big Beaver Road
Suite 300
Troy, MI 48084-3312
(248) 433-7242

Brandon W. Waddell (P81494)
James E. Long (P53251)
John L. Thurber (P44989)
Attorney for Defendants
Michigan Dep't of Attorney General
MDOC Division
P.O. Box 30754
Lansing MI 48909
(517) 335-7573

DICKINSON WRIGHT PLLC
Emily L. Turbiak (P81178)
Alma Sobo (P81177)
Angelina R. Irvine (P81712)
Attorneys for Plaintiffs
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223-3500

                                                                   /

**EXPEDITED RESPONSE REQUESTED**

**DEFENDANTS' UNCONTESTED MOTION TO ADJOURN**

## JULY 23, 2019, TRIAL DATE

Defendants Howard, Patton and Stewart, by counsel, bring this motion under Fed. R. Civ. P. 16(b)(4), and ask the Court to enter an order to adjourn the trial date of July 23, 2019, based on the grounds set forth in the accompanying brief.

Counsel for Defendants has sought concurrence to Defendants' Motion to Adjourn via email on July 5, 2019, Plaintiffs' counsel concurs with this motion.

Respectfully submitted,

Dana Nessel
Attorney General

*/s/ Brandon W. Waddell*
Assistant Attorney General
Attorneys for Defendants
MDOC Division
P.O. Box 30754
Lansing, MI  48909
517-335-7573
waddellb@michigan.gov
P81494

Dated:  July 11, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHAREE MILLER #326122,

    Plaintiff,

v.

SHAWN BREWER, ROBIN HOWARD, and RENATA PATTON,

    Defendants.

No. 2:15-cv-14164

HON. SEAN F. COX

MAG. STEPHANIE DAWKINS DAVIS

---

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FUND OF MICHIGAN<br>Daniel S. Korobkin (P72842)<br>Michael J. Steinberg (P43085)<br>Attorneys for Plaintiff<br>2966 Woodward Avenue<br>Detroit MI 48201<br>(313) 578-6824 | DICKINSON WRIGHT PLLC<br>Daniel D. Quick (P48109)<br>Kathleen A. Cieslik (P80024)<br>Attorneys for Plaintiff<br>2600 West Big Beaver Road<br>Suite 300<br>Troy, MI 48084-3312<br>(248) 433-7242 |
| Brandon W. Waddell (P81494)<br>James E. Long (P53251)<br>John L. Thurber (P44989)<br>Attorney for Defendants<br>Michigan Dep't of Attorney General<br>MDOC Division<br>P.O. Box 30754<br>Lansing MI 48909<br>(517) 335-7573 | DICKINSON WRIGHT PLLC<br>Emily L. Turbiak (P81178)<br>Alma Sobo (P81177)<br>Angelina R. Irvine (P81712)<br>Attorneys for Plaintiffs<br>500 Woodward Ave., Ste. 4000<br>Detroit, MI 48226<br>(313) 223-3500 |

/

**EXPEDITED RESPONSE REQUESTED**

**DEFENDANTS' BRIEF IN SUPPORT OF UNCONTESTED MOTION TO ADJORN THE JULY 23, 2019, TRIAL DATE**

## CONCISE STATEMENT OF ISSUES PRESENTED

1. Fed. R. Civ. P. 16(b)(4) permits a court to modify a schedule for good cause and with the judge's consent. Defendant Howard is the Prison Rape Elimination Act (PREA) coordinator at Women's Huron Valley and that facility had a PREA audit scheduled for the week of trial. Should the Court adjourn the July 23, 2019, trial date?

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

*Authority*: Fed. R. Civ. P. 16(b)(4)

## STATEMENT OF FACTS

On July 2, 2019, this Court notified the parties in this case of a trial date of July 23, 2019, in this matter. (Order, R. 101, PageID#1857-1859.)  On July 3, 2019, the undersigned was notified by Defendant Howard that her current facility, Women's Huron Valley Correctional Facility (WHV) had a Prison Rape Elimination Act (PREA) audit scheduled for the same dates as trial.  Defendant Howard is also currently the PREA coordinator at WHV. (Ex. 1, Brewer aff'd.)

For the reasons stated below, Defendants ask this Court to adjourn the trial date until August 5, 2019, or later.

## ARGUMENT

**I.    The trial date should be briefly adjourned because good cause exists.**

Fed. R. Civ. P. 16(b)(4) permits for modification of scheduling orders for good cause and with the judge's consent.  Defendant Howard is an essential part of this case, as one of the three Defendants named in this suit.  Plaintiff and Defendants have indicated intentions of calling Defendant Howard as a witness during the course of trial. (Joint final pre-trial Order, R. 100, PageID#1840-1856.)  Defendant Howard's absence from trial would be a severe hinderance to Defendants' case.

1

Therefore, out of necessity, this motion had to be filed to adjourn trial to allow Defendant Howard to fulfill her duties as the PREA coordinator at WHV, and then fully participate in trial.

The undersigned counsel currently has trial scheduled for August 26, 2019 in Detroit and Plaintiff's counsel has indicated availability for any dates after August 5, 2019. Defendants respectfully request that the trial date be adjourned until after August 5, 2019, or whatever date the Court finds is just.

## CONCLUSION AND RELIEF REQUESTED

Defendants respectfully request that the July 23, 2019, trial date be adjourned until after August 5, 2019, or whatever date the Court finds is just.

        Respectfully submitted,

        Dana Nessel
        Attorney General

        *s/ Brandon Waddell*
        Brandon W. Waddell (P81494)
        Attorney for Defendants
        Department of Attorney General
        MDOC Division
        P.O. Box 30754
        Lansing, MI  48909
        (517) 335-7573

Date:  July 11, 2019        P81494

3

## CERTIFICATE OF SERVICE (E-FILE)

I certify that on July 11, 2019 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant.

            */s/Brandon W. Waddell*
            Brandon W. Waddell
            Assistant Attorney General
            Attorney for MDOC Defendants
            MDOC Division