UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHAREE MILLER #326122,

    Plaintiff,

v.

SHAWN BREWER, ROBIN HOWARD, and RENATA PATTON,

    Defendants.

No. 2:15-cv-14164

HON. SEAN F. COX

MAG. STEPHANIE DAWKINS DAVIS

AMERICAN CIVIL LIBERTIES UNION
FUND OF MICHIGAN
Daniel S. Korobkin (P72842)
Michael J. Steinberg (P43085)
Attorneys for Plaintiff
2966 Woodward Avenue
Detroit MI 48201
(313) 578-6824

Brandon W. Waddell (P81494)
James E. Long (P53251)
John L. Thurber (P44989)
Attorney for Defendants
Michigan Dep't of Attorney General
MDOC Division
P.O. Box 30754
Lansing MI 48909
(517) 335-7573

DICKINSON WRIGHT PLLC
Daniel D. Quick (P48109)
Kathleen A. Cieslik (P80024)
Attorneys for Plaintiff
2600 West Big Beaver Road
Suite 300
Troy, MI 48084-3312
(248) 433-7242

DICKINSON WRIGHT PLLC
Emily L. Turbiak (P81178)
Alma Sobo (P81177)
Angelina R. Irvine (P81712)
Attorneys for Plaintiffs
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223-3500

## DEFENDANTS' BRIEF IN SUPPORT MOTION TO ADJOURN

### INDEX OF EXHIBITS

Exhibit 1 ............................................................ Brewer Affidavit