# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHAREE MILLER #326122,

    Plaintiff,

v.

SHAWN BREWER, ROBIN HOWARD, and RENATA PATTON,

    Defendants.

No. 2:15-cv-14164

HON. SEAN F. COX

MAG. STEPHANIE DAWKINS DAVIS

---

AMERICAN CIVIL LIBERTIES UNION
FUND OF MICHIGAN
Daniel S. Korobkin (P72842)
Michael J. Steinberg (P43085)
Attorneys for Plaintiff
2966 Woodward Avenue
Detroit MI 48201
(313) 578-6824

Brandon W. Waddell (P81494)
James E. Long (P53251)
John L. Thurber (P44989)
Attorney for Defendants
Michigan Dep't of Attorney General
State Operations Division
P.O. Box 30754
Lansing MI 48909
(517) 373-1162

DICKINSON WRIGHT PLLC
Daniel D. Quick (P48109)
Kathleen A. Cieslik (P80024)
Attorneys for Plaintiff
2600 West Big Beaver Road
Suite 300
Troy, MI 48084-3312
(248) 433-7242

DICKINSON WRIGHT PLLC
Emily L. Turbiak (P81178)
Alma Sobo (P81177)
Angelina R. Irvine (P81712)
Attorneys for Plaintiffs
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223-3500

/

## **AFFIDAVIT OF SHAWN BREWER**

1

I, Shawn Brewer being duly sworn, depose and say as follows:

1. I am currently employed by the Michigan Department of Corrections (MDOC), the Warden at Women's Huron Valley Correctional Facility (WHV) in Ypsilanti, Michigan.

2. WHV has a Prison Rape Elimination Act (PREA) audit scheduled for the week of July 22, 2019. This audit is anticipated to take multiple days.

3. The Department has a zero tolerance standard for sexual abuse between or among prisoners. The Prison Rape Elimination Act (PREA) addresses prisoner-on-prisoner sexual abuse, staff sexual misconduct, and staff sexual harassment in correctional facilities. PREA specifically provides for the analysis of the incident and effects of such conduct and requires the issuance of national standards to address sexual abuse in a correctional setting. The Women's Huron Valley Correctional Facility will be undergoing an audit the week of July 22, 2019 to determine compliance with the U.S. Department of Justice's PREA Standards for Prisons and Jails.

4. Robin Howard is currently the PREA coordinator at WHV. Her presence and availability at the PREA audit is essential for the facility during the course of this mandatory audit.

AFFIANT SAYS NOTHING FURTHER.

Shawn Brewer, Warden
Women's Huron Valley Correctional Facility

Subscribed and sworn to before me, a Notary Public, on the 11th day of July, 2019

Elizabeth Albright
Notary Public
Washtenaw County, Michigan

My commission expires: 01-14-2023

3