UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

SHAREE MILLER,

    Plaintiff,

v.

SHAWN BREWER, *et al.*

    Defendants.

Case No. 2:15-cv-14164

Hon. Sean F. Cox

Magistrate Judge Stephanie Dawkins Davis

---

AMERICAN CIVIL LIBERTIES
UNION FUND OF MICHIGAN
Daniel S. Korobkin (P72842)
Michael J. Steinberg (P43085)
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org
msteinberg@aclumich.org
*Attorneys for Plaintiff*

Brandon Waddell (P81494)
Michigan Dep't of Attorney General
CLEE Division
P.O. Box 30736
Lansing MI 48909
(517) 373-6434
waddellb@michigan.gov
*Attorney for Defendants*

DICKINSON WRIGHT PLLC
Daniel D. Quick (P48109)
Kathleen A. Cieslik (P80024)
Alma Sobo (P81177)
2600 West Big Beaver Rd, Ste. 300
Troy, MI 48084
(248) 433-7200
dquick@dickinsonwright.com
kcieslik@dickinsonwright.com
asobo@dickinsonwright.com

Emily L. Burdick (P81178)
Angelina R. Irvine (P81712)
500 Woodward Ave., Ste. 4000
Detroit, MI 48226
(313) 223-3500
eburdick@dickinsonwright.com
airvine@dickinsonwright.com
*Attorneys for Plaintiff*

---

## PROPOSED TRIAL EXHIBIT LIST

| Date | Plaintiff/ Defendant No. | Brief Description | OFF'D | REC'D |
|---|---|---|---|---|
| | A | Video of the Bielby Incident produced by Defendants in response to Plaintiff's First Discovery Requests on February 2, 2018 | | |
| | B | Medical Records of Darlene Martin, Bates 000938 | | |
| | C | Medical Records of Darlene Martin, Bates 000940 | | |
| | E | Medical Records of Darlene Martin, Bates 000942 | | |
| | F | Medical Records of Darlene Martin, Bates 000945 | | |
| | G | Medical Records of Darlene Martin, Bates 000946 | | |
| | H | Medical Records of Darlene Martin, Bates 000947 | | |
| | I | Medical Records of Darlene Martin, Bates 000951 | | |
| | J | Medical Records of Darlene Martin, Bates 000954 | | |
| | K | Medical Records of Darlene Martin, Bates 000955 | | |
| | L | Medical Records of Darlene Martin, Bates 000957-58 | | |
| | M | Medical Records of Darlene Martin, Bates 000960 | | |
| | N | Medical Records of Darlene Martin, Bates 000962 | | |
| | O | Medical Records of Darlene Martin, Bates 000967 | | |
| | P | Medical Records of Darlene Martin, Bates 000969-72 | | |
| | Q | Medical Records of Darlene Martin, Bates 000976 | | |

|   | R  | Medical Records of Darlene Martin, Bates 000977 |   |   |
|---|----|---|---|---|
|   | S  | Medical Records of Darlene Martin, Bates 000978 |   |   |
|   | T  | Medical Records of Darlene Martin, Bates 000981 |   |   |
|   | U  | Medical Records of Darlene Martin, Bates 000983 |   |   |
|   | V  | Medical Records of Darlene Martin, Bates 000984 |   |   |
|   | W  | Medical Records of Darlene Martin, Bates 000985 |   |   |
|   | X  | Medical Records of Darlene Martin, Bates 000988 |   |   |
|   | Y  | Medical Records of Darlene Martin, Bates 000989-91 |   |   |
|   | Z  | Medical Records of Darlene Martin, Bates 000994 |   |   |
|   | AA | Medical Records of Darlene Martin, Bates 000995 |   |   |
|   | BB | Medical Records of Darlene Martin, Bates 000996 |   |   |
|   | CC | Medical Records of Darlene Martin, Bates 000997 |   |   |
|   | DD | Medical Records of Darlene Martin, Bates 000999-1000 |   |   |
|   | EE | Medical Records of Darlene Martin, Bates 001001 |   |   |
|   | FF | Medical Records of Darlene Martin, Bates 001003 |   |   |
|   | GG | Medical Records of Darlene Martin, Bates 001004 |   |   |
|   | HH | Medical Records of Darlene Martin, Bates 001005 |   |   |
|   | II | Medical Records of Darlene Martin, Bates 001006-07 |   |   |
|   | JJ | Medical Records of Darlene Martin, Bates 001326-30 |   |   |

|  | **KK** | Critical Incident Report—Darlene Martin, Bates Defs_0001-31 |  |  |
|--|--------|-------------------------------------------------------------|--|--|
|  | **LL** | Policy Directive—Managing Disruptive Prisoners, Bates Defs_00038-46 |  |  |
|  | **MM** | Plaintiff's Written Grievance, Bates Miller 000007-8 |  |  |
|  | **NN** | Plaintiff's Written Grievance—Appeal, Bates Miller 000010 |  |  |
|  | **OO** | Plaintiff's Written Grievance—Appeal Response, Bates Miller 000011 |  |  |
|  | **PP** | Plaintiff's Written Grievance—Step 3, Bates Miller 000012 |  |  |
|  | **QQ** | Plaintiff's Written Grievance, Bates Miller 000031 |  |  |
|  | **RR** | Plaintiff's Written Grievance—Response, Bates Miller 000032 |  |  |
|  | **SS** | Plaintiff's Written Grievance—Appeal, Bates Miller 000033 |  |  |
|  | **TT** | Plaintiff's Written Grievance—Appeal, Bates Miller 000045 |  |  |
|  | **UU** | Plaintiff's Written Grievance—Response, Bates Miller 000046 |  |  |
|  | **VV** | Plaintiff's Written Grievance—Step 2 Response, Bates Miller 000081 |  |  |
|  | **WW** | Plaintiff's Written Grievance—Step 3 Response, Bates Miller 000082 |  |  |
|  | **XX** | Plaintiff's Written Grievance—Statement for Grievance, Bates Miller 000083-84 |  |  |
|  | **YY** | Email from Pamela Leverett, January 19, 2014, Bates 000102 |  |  |
|  | **ZZ** | POA Program Referral from Ms. Thomas, January 11, 2014, Bates 000103 |  |  |

| | | | | |
|---|---|---|---|---|
| | **AAA** | Emails between Defendant Howard and Defendant Patton in June 10-13, 2014, Bates 000427 | | |
| | **BBB** | Email from Defendant Patton to Defendant Howard on July 16, 2014, Bates 000430 | | |
| | **CCC** | Power-point presentation regarding training of the POAs, Bates 000014-000100 | | |
| | **DDD** | POA log sheet, Bates Defs_00058 | | |
| | **EEE** | POA log sheet, Bates Defs_00059 | | |
| | **FFF** | Prisoner Observation Aide Program Operating Procedures as of April 2014, Bates Miller 000048-50 | | |
| | **GGG** | Miller POA Evaluation, Bates Miller 000006 | | |
| | **HHH** | Critical Incident Reports, Bates Defs_0001 – Defs_0003, Defs_0011 – Defs_0030 | | |
| | **III** | JPAY Letters to and from Doug Tjapkes (Excel File to PDF), Humanity for Prisoners | | |
| | **JJJ** | Email Defendant Howard to Ms. Smith June 24, 2014, Exhibit 3 to Deposition of Defendant Howard | | |
| | **KKK** | POA Program WHV Operating Procedure 05.02.110A, Dated September 18, 2017. | | |
| | **1** | POA PowerPoint presentation | | |
| | **2** | POA operating procedures | | |
| | **3** | J-Pay messages | | |
| | **4** | POA termination documents | | |

|  | 5 | POA termination documents (Cole and Pearson) |  |  |
|--|---|---|--|--|
|  | 6 | Telephone calls (cd) |  |  |
|  | 7 | Deposition of Plaintiff |  |  |

Jointly submitted by:

___/s/ Emily L. Burdick_____  
DICKINSON WRIGHT PLLC  
Daniel D. Quick (P48109)  
Kathleen A. Cieslik (P80024)  
Alma Sobo (P81177)  
2600 West Big Beaver Rd, Ste. 300  
Troy, MI 48084  
(248) 433-7200  
dquick@dickinsonwright.com  
kcieslik@dickinsonwright.com  
asobo@dickinsonwright.com  

Emily L. Burdick (P81178)  
Angelina R. Irvine (P81712)  
500 Woodward Ave., Ste. 4000  
Detroit, MI 48226  
(313) 223-3500  
eBurdick@dickinsonwright.com  
airvine@dickinsonwright.com  
*Attorneys for Plaintiff*

AMERICAN CIVIL LIBERTIES  
UNION FUND OF MICHIGAN  
Daniel S. Korobkin (P72842)  
Michael J. Steinberg (P43085)  
2966 Woodward Ave.  
Detroit, MI 48201  
(313) 578-6824  
dkorobkin@aclumich.org  
msteinberg@aclumich.org  
*Attorneys for Plaintiff*

_/s/ Brandon Waddell_ (with consent) _  
Michigan Dep't of Attorney General  
State Operations Division  
Brandon Waddell (P81494)  
P.O. Box 30736  
Lansing MI 48909  
(517) 373-6434  
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

>/s/ Emily L. Burdick
>EMILY L. BURDICK

DETROIT 99997-1644 1506889v4